## UNITED STATED DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| MAINE HUMAN RIGHTS COMMISSION and JUNE ELLIS, ) ) ) | |
| Plaintiffs ) ) | CIVIL ACTION |
| v. ) ) | Docket No. |
| CENTRAL MAINE AREA AGENCY ON AGING, INC., d/b/a SPECTRUM GENERATIONS, ) ) ) ) | |
| Defendant ) | |

### NOTICE OF REMOVAL

To:     The Judges of the United States District Court for the District of Maine

Central Maine Area Agency on Aging, Inc., d/b/a Spectrum Generations ("Spectrum Generations"), by counsel, pursuant to 28 U.S.C. §§ 1441, *et seq.*, hereby removes the civil action commenced in the Superior Court of Maine, Kennebec County, styled *Maine Human Rights Commission and June Ellis v. Central Maine Area Agency on Aging, Inc., d/b/a Spectrum Generations,* Docket No. CV-2014-198.  In support of removal, Spectrum Generations respectfully states:

1.     Plaintiffs Maine Human Rights Commission and June Ellis ("Plaintiffs") commenced this action by filing a complaint ("the Complaint") in the Superior Court of Maine, Kennebec County, on September 22, 2014.  Plaintiffs asserted causes of action against Defendant Spectrum Generations for a violation of the Americans with Disabilities Act, 42 U.S.C. § 12182(b)(2)(A)(iii), the Rehabilitation Act of 1973, 29 U.S.C. §794,  and the Maine Human Rights Act, 5 M.R.S.A. §4592(1)(C).  Plaintiffs allege that Spectrum Generations denied Ms. Ellis, who is deaf, an American Sign Language interpreter as an accommodation of her disability, as needed to equally access Spectrum Generations' programming.

2. Counsel for Spectrum Generations received the Summons and Complaint on October 14, 2014.

3. Pursuant to 28 U.S.C. §1446(b), this Notice of Removal is timely as it has been filed with the Court within thirty (30) days after receipt of the Complaint.

4. The United States District Court for the District of Maine is the federal judicial district encompassing the Superior Court of Kennebec County, Maine, where the suit was originally filed. Venue, therefore, is proper in this district under 28 U.S.C. § 1441(a).

5. Title 28 U.S.C. §1441(a) provides the basis for removal jurisdiction to this Court in this action, as this is a State Court action over which this Court has original jurisdiction under 28 U.S.C. §1331 (federal question).

6. Pursuant to 28 U.S.C. §1446(a), copies of the Summons and Complaint served on Spectrum Generations are attached, being all the process, pleadings and orders served on Spectrum Generations. The Summons is attached hereto as Exhibit A and the Complaint as Exhibit B.

7. Written notice of the filing of this Notice of Removal will be given to the Plaintiffs, and a copy of this Notice of Removal will be filed with the Clerk of the Superior Court of Kennebec County, Maine, as provided by 28 U.S.C. §1446(d).

WHEREFORE, Spectrum Generations respectfully requests that the above-captioned action be removed from the Maine Superior Court, Kennebec County, to this Court.

| | |
|---|---|
| Dated:  November 3, 2014 | /s/ Tawny L. Alvarez   |
| | /s/ Erik Peters   |
| | Erik Peters ~ Maine Bar No. 9188 |
| | Tawny L. Alvarez ~ Maine Bar No. 5173 |
| | VERRILL DANA, LLP |
| | P. O. Box 586 |
| | Portland, ME  04112-0586 |
| | (207) 774-4000 (telephone) |
| | (207) 774-7499 (fax) |
| | epeters@verrilldana.com |
| | talvarez@verrilldana.com |
| | *Attorneys for Defendant, Central Maine Area Agency on Aging, Inc., d/b/a Spectrum Generations* |

CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2014, I electronically filed, via e-mail to the U.S. District Court in Portland, Maine, this **Notice of Removal**, and served the same, by U.S. Mail, upon counsel as follows:

> Barbara Archer Hirsch, Esq.
> Maine Human Rights Commission
> 51 State House Station
> Augusta, Maine 04333-0051
> *Attorney for Plaintiff Maine Human Rights Commission*
>
> Kristin L. Aiello, Esq.
> Disability Rights Center
> 24 Stone Street
> P.O. Box 2007
> Augusta, ME  04338-2007
> *Attorney for Plaintiff June Ellis*

| | |
|---|---|
| Dated: November 3, 2014 | /s/ Tawny L. Alvarez |
| | Erik Peters ~ Maine Bar No. 9188 |
| | Tawny L. Alvarez ~ Maine Bar No. 5173 |
| | VERRILL DANA, LLP |
| | P. O. Box 586 |
| | Portland, ME  04112-0586 |
| | (207) 774-4000 (telephone) |
| | (207) 774-7499 (fax) |
| | epeters@verrilldana.com |
| | talvarez@verrilldana.com |
| | *Attorneys for Defendant, Central Maine Area Agency on Aging, Inc., d/b/a Spectrum Generations* |