IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| MAINE HUMAN RIGHTS COMMISSION and JUNE ELLIS, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | 1:14-cv-00443-DBH |
| CENTRAL MAINE AREA AGENCY ON AGING, INC., d/b/a SPECTRUM GENERATIONS, | ) ) ) ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of this action with prejudice and without costs.

Date: February 19, 2015

/s/ Tawny L. Alvarez
/s/ Erik Peters
Tawny L. Alvarez, Esq.
Erik Peters, Esq.
Attorneys for Defendant Central Maine Area
Agency on Aging, Inc., d/b/a Spectrum
Generations

VERRILL DANA, LLP
One Portland Square
P.O. Box 586
Portland, ME 04112-0586
Tel: (207) 774-4000
talvarez@verrilldana.com
epeters@verrilldana.com

Date:  February 19, 2015				/s/ Kristin L. Aiello
							Kristin L. Aiello, Esq.
							Attorney for Plaintiff June Ellis

DISABILITY RIGHTS CENTER OF MAINE, INC.
24 Stone Street, Suite 204
Augusta, ME  04330-5209
Tel: (207) 626-2774
kaiello@drcme.org



Date:  February 19, 2015				/s/ Barbara Archer Hirsch
							Barbara Archer Hirsch, Esq.
							Attorney for Plaintiff Maine Human Rights
							Commission

MAINE HUMAN RIGHTS COMMISSION
51 State House Station
Augusta, ME  04333-0051
Tel: (207) 624-6290

## **CERTIFICATE OF SERVICE**

      I certify that on February 19, 2015, I filed the foregoing document with the Clerk of the United States District Court for the District of Maine using the CM/ECF system, which will send notification of such filing to all persons who have entered an appearance.

Date: February 19, 2015                              /s/ Tawny L. Alvarez
                                                                Tawny L. Alvarez, Esq.
                                                                Attorney for Defendant Central Maine Area Agency on Aging, Inc., d/b/a Spectrum Generations